UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

CLOSED

| | |
|---|---|
| JOHNNY TAGUINOD, an Individual, and WILHELMINA TAGUINOD, an Individual,<br><br>Plaintiffs,<br><br>vs.<br><br>WORLD SAVINGS BANK, FSB aka WACHOVIA BANK, N.A., aka WELLS FARGO BANK, N.A., a United States Corporation; WEST COAST ESCROW, a California Corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. CV 10-07864 DDP (RZx)<br><br>[The Honorable Dean D. Pregerson, District Judge, Courtroom 3]<br><br>**JUDGMENT OF DISMISSAL OF DEFENDANT WACHOVIA** |

On January 20, 2011, defendant WACHOVIA MORTGAGE, a division of WELLS FARGO BANK, N.A., formerly known as Wachovia Mortgage, FSB, formerly known as World Savings Bank, FSB, ("Wachovia") filed its motion to dismiss Plaintiffs' First Amended Complaint. The hearing on the motion was

originally scheduled for February 28, 2011, but was continued by the court to April 11, 2011. Plaintiffs' opposition was due on February 7, 2011.

Plaintiffs failed to file any opposition, and, on April 5, 2011, the Court issued an Order vacating the hearing date.

On April 13, 2011, the Court issued an Order granting Wachovia's Motion to Dismiss.

Accordingly,

**IT IS ORDERED, ADJUDGED AND DECREED:**

1. Defendant Wachovia is dismissed from this case, with prejudice.
2. Plaintiffs Johnny Taguinod and Wilhelmina Taguinod will take nothing from Defendant Wachovia in this action; and
3. As the prevailing party, Defendant Wachovia may submit an application to tax costs and a motion to recover reasonable attorneys' fees.

Dated: April 25, 2011

HON. DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE